IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOE HAND PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZAAIKA RESTAURANT AND ) <br> CAFÉ, LLC, ) <br> AND ) <br> KHALED ELTAYEB, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:20CV1170 |

## ORDER

It appearing to the Court that no response has been received to the Court's Show Cause Order of June 10, 2021, and service of process has not been effected as to the Defendants, it is hereby

ORDERED that this case is dismissed without prejudice pursuant to F.R.Civ.P. 4(m).

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
July 8, 2022